BTXN 049 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re:<br>WALL007 LLC | Debtor(s) | § | Case No.: 20−31131−hdh7<br>Chapter No.: 7 |
| Jun Li, et al. | Appellant(s) | § | |
| vs.<br>WALL007, LLC, et al. | Appellee(s) | § | |

# NOTICE OF TRANSMITTAL

I am transmitting:

- [x] The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).
- [ ] The Motion for Stay Pending Appeal (USDC Action No. − DNC Case).
- [ ] The Proposed Findings of Fact and Conclusions of Law.
- [ ] The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).
- [ ] On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.
- [x] Other Objection to the motion for leave to appeal
- [ ] Copies of:

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753−2200.

DATED: 11/17/20

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk