IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WALL007, LLC, | ) | Case No. 20-31131-hdh7 |
| | ) | |
| Debtor. | ) | |

* * *

| | | |
|---|---|---|
| JUN LI, *et al.*, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WALL 007, LLC, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | Civil Action No. 3:20-CV-3388-C |

APPEAL FROM THE
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
HARLIN D. HALE, BANKRUPTCY JUDGE, PRESIDING

**ORDER**

The undersigned Senior United States District Judge hereby **ORDERS** that the above-styled and -numbered civil action be **TRANSFERRED** to the docket of the Honorable Brantley Starr, United States District Judge, for further case management. This civil action shall henceforth carry the suffix letter "X."

SO ORDERED this 23rd day of November, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE