**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JUN LI, *et al.*,<br><br>Appellants,<br><br>v.<br><br>WALL007, LLC, *et al.*,<br><br>*Appellees.* | Case No. 3:20-cv-03388-X |

**MOTION AND BRIEF IN SUPPORT OF REQUEST TO WAIVE REQUIREMENT OF LOCAL CIVIL RULE 83.10 FOR DESIGNATION OF LOCAL COUNSEL**

TO THE HONORABLE CHIEF UNITED STATES DISTRICT JUDGE:

1. Come now, Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Lan Ji, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou , and Yijing Wu (collectively, the "Appellants"), by and through their co-counsel, Archer & Greiner, P.C. ("Archer") and Nguyen & Chen LLP ("N&C"), who hereby file this Motion to Waive Requirement of Local Civil Rule 83.10 for Designation of Local Counsel (the "Motion"), and in support thereof, respectfully state as follows:

2. Appellants filed involuntary Chapter 7 bankruptcy petitions ("Petitions") against WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC ("Appellees") on April 8, 2020, in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court").

3. On April 24, 2020, the Bankruptcy Court entered an Order granting the Appellants' motion to jointly administer the bankruptcy cases ("Bankruptcy Cases") under the lead case WALL007 LLC.

4. On September 4, 2020, the Bankruptcy Court entered an Order Granting in Part the Alleged Debtor's Second Motion to Compel Discovery Responses From Petitioners [Dkt. No. 105] (the "Bankruptcy Order").

5. On November 3, 2020, Appellants filed their Notice of Appeal (the "Appeal") of the Bankruptcy Order.

6. On November 16, 2020, the Clerk of the Bankruptcy Court transmitted the Appeal to the United States District Court for the Northern District of Texas (the "District Court").

7. Local Civil Rule 83.10 requires an attorney appearing in a case in the District Court to obtain local counsel, if that attorney does not reside or maintain an office within 50 miles of the Northern District of Texas.

8. Mr. Ou is a member of the New York bar (Attorney # 5451133), having been admitted to practice there on or about June 22, 2016.

9. Mr. Ou was admitted to practice before the U.S. District Court for the Northern District of Texas on or about May 27, 2020. See Exhibit "A" hereto.

10. Mr. Ou was admitted to practice in the United States District Court for the Southern District of Texas on or about August 8, 2019.

11. N&C maintains an office in Houston Texas at 11200 Westheimer Road Suite #120 Houston 77042.

12. N&C does not maintain an office within 50 miles of the Courthouse in the Northern District of Texas.

13. However, Mr. Ou can travel and be at the Courthouse in about 4 hours.

14. Mr. Packman was admitted to practice before the U.S. District Court for the Northern District of Texas on or about June 8, 2020. See Exhibit "B" hereto.

15. Archer does not maintain an office within 50 miles of the Northern District.

16. Mr. Packman is in good standing with the Court of the Commonwealth of Pennsylvania and can represent to the Court that, to the best of his knowledge, he is in good standing before that Court, as well as several other Courts where he has been admitted to practice (either by direct admission or pro hac admission) including New Jersey, New York, Delaware, Texas, North Carolina, Colorado, Iowa, Utah, Minnesota and California.

17. Local Rule 83.10(a) permits waiver of the requirement of Local Counsel ("Requirement") by the Court on a case by case basis.

18. Appellants, and their co-counsel, respectfully request that the Court waive the Requirement for several reasons, including:

(a) Mr. Ou, or another attorney from his office, can attend a hearing on short notice if needed;

(b) Due to the COVID-19 crisis, the District Court has been conducting hearings via Zoom or other forms of video calls;

(c) Mr. Packman is an experienced bankruptcy attorney and Mr. Ou is an experienced attorney as well, having practiced for many years in China and now in the United States, including in Bankruptcy Cases; and,

(d) There will be no prejudice to anyone if the Court waives the Requirement, and should the Court later find that Appellants must retain local counsel, they will do so promptly.

WHEREFORE PREMISES CONSIDERED, the Appellants and their counsel, respectfully request that the Court waive the requirement for Local Counsel pursuant to Local Rule 83.10, and for any other relief that is just.

Dated: November 24, 2020

/s/ *Jiangang Ou*
Jiangang Ou
Nguyen & Chen LLP
11200 Westheimer Road Suite 120
Houston, TX 77042
Tel: 832-767-0339
Email: jou@nguyen-chen.com

Stephen M. Packman
Archer & Greiner, P.C.
Three Logan Square
1717 Arch St., Suite 3500
Philadelphia, PA 19103
Tel: 215-246-3147
Email: spackman@archerlaw.com

*Counsel for the Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2020, I caused to be served a copy of the foregoing by electronic mail upon all parties receiving notice through the Court's CM/ECF Noticing System.

*/s/ Stephen M Packman*
Stephen M. Packman, Esquire