# EXHIBIT "A"

# United States District Court
# Northern District of Texas

Public Attorney Status Report (txndwrh01)
Report Date: 11/24/2020

To update contact information, see instructions at [www.txnd.uscourts.gov/change-name-and-address](www.txnd.uscourts.gov/change-name-and-address)

**Enter a last name and an optional first name or bar number to search for a specific attorney**

**Search:** Last Name First Name **Or** Bar Number Submit

**1 Record(s) found for** *Last Name: Ou* * *First Name: Jiangang* *

Page: << < 1 > >> Skip to: Go

**Attorney Name**

| **Last** | **First** | **Middle** | **Bar Number** | |
|---|---|---|---|---|
| Ou | Jiangang | James | 5451133NY | **Jiangang James Ou**<br>Nguyen & Chen LLP<br>11200 Westheimer Road<br>Suite 120<br>Houston, TX 77042<br>Bar Status: Admitted/In Good Standing<br>Date Admitted: 05/27/2020<br>ECF Filer: No |