# EXHIBIT "B"

# United States District Court
# Northern District of Texas

Public Attorney Status Report (txndwrh01)
Report Date: 11/24/2020

To update contact information, see instructions at www.txnd.uscourts.gov/change-name-and-address

**Enter a last name and an optional first name or bar number to search for a specific attorney**

**Search:** Last Name First Name **Or** Bar Number Submit

**1 Record(s) found for** *Last Name: Packman * First Name: Stephen **

Page: << < 1 > >> Skip to: Go

**Attorney Name**

| **Last** | **First** | **Middle** | **Bar Number** | |
|---|---|---|---|---|
| Packman | Stephen | M | 018271989 | **Stephen M Packman**<br>Archer & Greiner PC<br>Three Logan Square<br>1717 Arch Street<br>Suit 3500<br>Philadelphia, PA 19103<br>Bar Status: Admitted/In Good Standing<br>Date Admitted: 06/08/2020<br>ECF Filer: Yes |