**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JUN LI, *et al.,*<br><br>Appellants,<br><br>v.<br><br>WALL007, LLC, *et al.,*<br><br>*Appellees.* | Case No. 3:20-cv-03388-X |

**ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF**
**LOCAL CIVIL RULE 83.10 FOR DESIGNATION OF LOCAL COUNSEL**

Upon consideration of the Motion to Waive Requirement of Local Civil Rule 83.10 for Designation of Local Counsel (the "Motion"), filed by Jun Li, Yunding Kang, Cunxiang Ji, Jin Wang, Peng Guo, Lin Zhou, Qu Chen, Kai Tian, Yijing Wu, Xuegeng Gong, Jin Wang, Weijia Kong, Heng Zhang, Hong Guo, Pei Guan, Yue Xu, Mai Ye, Chenchen Jiang, Qiuying Li, Ruinian Wu, Lin Zhou, Liying Yang, Yan Zhang, Wenjun Wang, Lan Ji, Ying Zhou, Lin Li, Li Jiang, Rufeng Ding, Cunxiang Ji, Lin Gao, Qiao Qin, Yue Zhang, Xiaodong Hao, Tianqing Song, Li Jiang, Weisi Wang, Xiaoquan Dai, Feng Yan, Heng Zhang, Ou Jiang, Jinzhe Wu, Yadan Liu, Wanwan Li, Wenjuan Yin, Jiancheng Chen, Yi Tang, Ying Zhang, Pengfei Dong, Kangying Mao, Yijing Wu, Li Jiang, Qin Chu, Yulan Chen, Sicheng Zhan, Pei Guan, Jingqiu Tang, Di Tang, Jun Zeng, Kui Wang, Yue Zhang, Jun Wang, Xiaomin Fan, Di Tang, Jialin Hu, Qin Chu, Jiaxiang Lu, Fuqing Chen, Hanjiang Fu, Aiguo Luo, Fang Ding, Xiangdong Zhu, Wai Ying, Yuan Yuan, Chao Xu, Guoqin Zhou , and Yijing Wu (collectively, the "Appellants"), by and through their co-counsel, Archer & Greiner, P.C. ("Archer") and Nguyen & Chen LLP ("N&C"), after due deliberation, the Court finds that good and sufficient cause exists for the granting of the relief requested in the Motion. Therefore, it is:

ORDERED that the Motion and relief requested therein is GRANTED as provided herein; it is further

ORDERED that the requirements of Local Civil Rule 83.10 are hereby WAIVED in their entirety.

____________________________________

United States District Judge